UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
MARK THOMPSON                       §    Case No. 15-19916
                                    §
          Debtor                    §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/08/2015 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 17,100.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 2.29 |
| Bank service fees | | 211.59 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 3,200.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 13,686.12 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 12/03/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,140.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,140.00 , for a total compensation of $ 2,140.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 39.07 , for total expenses of $ 39.07 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2017          By:/s/Peter N. Metrou, Trustee
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-19916 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MARK THOMPSON | | | | Date Filed (f) or Converted (c): | 06/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/06/2015 |
| For Period Ending: | 09/20/2017 | | | | Claims Bar Date: | 12/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2312 FLAT ROCK CT., NAPERVILLE, IL 60564 - DEBTO | 0.00 | 0.00 | | 0.00 | FA |
| 2. ALLY BANK CHECKING ACCOUNT PERSONAL ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |
| 3. FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5. TERM LIFE INSURANCE POLICY | 1.00 | 0.00 | | 0.00 | FA |
| 6. THOMPSON TURF CARE, INC. ILLINOIS S-CORP. DEBTOR O | 60,100.00 | 0.00 | | 0.00 | FA |
| 7. DIVORCE SETTLEMENT REQUIRES FORMER SPOUSE TO REFIN | 25,000.00 | 25,000.00 | | 15,000.00 | FA |
| 8. 2010 FORD F150 BASIC WORK TRUCK | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. 2012 TOYOTA TUNDRA PICK UP TRUCK | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Travel Lite Trailer (u) | 5,300.00 | 2,100.00 | | 2,100.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $121,701.00 | $27,100.00 | | $17,100.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value in vehicles, business and marital settlement agreement 8/24/2015.  Liquidation of interest vehicle 2-11-2016.  Negotiations with ex-spouse for liquidation of $25,000 marital settlement-spouse to investigate refinance. Trustee has come to a settlement agreement with Debtor's ex-spouse.  Filed Mt to Settle on 5/25/2016 see Dkt# 33.

RE PROP #    10  --   Undisclosed trailer debtor believed to be owned by company.

Initial Projected Date of Final Report (TFR): 10/01/2016    Current Projected Date of Final Report (TFR): 03/01/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 15-19916 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MARK THOMPSON | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5553 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3370 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 10 | THOMPSON, MARK<br>23747 Springs Ct., Unit 110Plainfield, IL 60585 | 2005 Travel Lite Trailer Payment | 1229-000 | $1,500.00 | | $1,500.00 |
| 02/11/16 | 10 | THOMPSON, MARK<br>23747 Springs Ct, Unit 11DPlainfield, IL 60585 | 2005 Travel Lite Trailer Payment | 1229-000 | $2,100.00 | | $3,600.00 |
| 02/11/16 | 10 | Reverses Deposit # 1 | NSF Check<br>Check not honored | 1229-000 | ($1,500.00) | | $2,100.00 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,090.00 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $1.16 | $2,088.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,078.84 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,068.84 |
| 05/21/16 | | Associated Bank | Bank Service Charge Refund<br>Bank reversed service fee charged on 3-14-2016 and credited on 3-31-2016 | 2600-000 | | ($12.00) | $2,080.84 |
| 05/21/16 | | Associated Bank | Bank Service Charge | 2600-000 | | $12.00 | $2,068.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,058.84 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,048.84 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,038.84 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,028.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:  $2,100.00  $71.16

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-19916 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: MARK THOMPSON | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5553 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3370 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,018.84 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,008.84 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,998.84 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,988.84 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,978.84 |
| 02/07/17 | 5002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $1.13 | $1,977.71 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,967.71 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,957.71 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,947.71 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,937.71 |
| 07/05/17 | 7 | Jennifer Thompson Not on check | Payment on settlement See dckt # 34 | 1129-000 | $15,000.00 | | $16,937.71 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $16,927.71 |
| 07/12/17 | 5003 | Mark Thompson | Debtor's Exemptions | 8100-002 | | $3,200.00 | $13,727.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $15,000.00   $3,301.13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-19916 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: MARK THOMPSON | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5553 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3370 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 09/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.21 | $13,706.50 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.38 | $13,686.12 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $17,100.00 | $3,413.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,100.00 | $3,413.88 |
| Less: Payments to Debtors | $0.00 | $3,200.00 |
| Net | $17,100.00 | $213.88 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $0.00    $41.59

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5553 - Checking Account (Non-Interest Earn | $17,100.00 | $213.88 | $13,686.12 |
|  | $17,100.00 | $213.88 | $13,686.12 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,100.00 |
| Total Gross Receipts: | $17,100.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-19916-BWB  
Debtor Name: MARK THOMPSON  
Claims Bar Date: 12/3/2015  

Date: September 20, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Mark Thompson | Administrative<br>Payment Status: Valid To Pay | | $3,200.00 | $3,200.00 | $3,200.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $2,140.00 | $2,140.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $39.07 | $39.07 |
| 1 300 7100 | FIFTH THIRD BANK<br>P.O. Box 9013<br>Addison, TX  75001 | Unsecured<br>Payment Status: Valid To Pay | | $0.00 | $4,470.90 | $4,470.90 |
| 3 300 7100 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status: Valid To Pay | | $319.44 | $396.54 | $396.54 |
| 4 300 7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status: Valid To Pay | | $8,854.95 | $8,574.44 | $8,574.44 |
| 5 300 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | | $3,060.04 | $3,151.12 | $3,151.12 |
| 6 300 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | | $248.15 | $149.04 | $149.04 |
| 7 300 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status: Valid To Pay | | $0.00 | $1,290.37 | $1,290.37 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-19916-BWB  
Debtor Name: MARK THOMPSON  
Claims Bar Date: 12/3/2015  

Date: September 20, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,483.56 | $1,483.56 |
| 9<br>300<br>7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CITIBANK, N.A.<br>PO BOX 280<br>KIRKLAND, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,209.90 | $4,209.90 |
| 10<br>300<br>7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,769.21 | $10,769.21 |
| 11<br>300<br>7100 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,651.78 | $4,651.78 |
| 2<br>400<br>4110 | SHEFFIELD FINANCIAL<br>BB&T SERVICING<br>BANKRUPTCY SECTION/100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | Secured<br>Payment Status:<br>Withdrawn | | $0.00 | $1,351.55 | $1,351.55 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Administrative<br>Payment Status:<br>Valid To Pay | Extended Check Description Notes from conversion:<br>Bond Number 10BSBGR6291 | $0.00 | $1.16 | $1.16 |
| | Case Totals | | | $15,682.58 | $45,878.64 | $45,878.64 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-19916  
Case Name: MARK THOMPSON  
Trustee Name: Peter N. Metrou, Trustee  

Balance on hand $ 13,686.12

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 2,140.00 | $ 0.00 | $ 2,140.00 |
| Trustee Expenses: Peter N. Metrou | $ 39.07 | $ 0.00 | $ 39.07 |
| Other: ARTHUR B. LEVINE COMPANY | $ 1.16 | $ 1.16 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,179.07

Remaining Balance $ 11,507.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,146.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | $ 4,470.90 | $ 0.00 | $ 1,314.20 |
| 3 | AMERICAN EXPRESS BANK, FSB | $ 396.54 | $ 0.00 | $ 116.56 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,574.44 | $ 0.00 | $ 2,520.42 |
| 5 | CAPITAL RECOVERY V, LLC | $ 3,151.12 | $ 0.00 | $ 926.26 |
| 6 | CAPITAL RECOVERY V, LLC | $ 149.04 | $ 0.00 | $ 43.81 |
| 7 | CAPITAL RECOVERY V, LLC | $ 1,290.37 | $ 0.00 | $ 379.30 |
| 8 | CAPITAL RECOVERY V, LLC | $ 1,483.56 | $ 0.00 | $ 436.09 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,209.90 | $ 0.00 | $ 1,237.48 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 10,769.21 | $ 0.00 | $ 3,165.56 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 4,651.78 | $ 0.00 | $ 1,367.37 |

Total to be paid to timely general unsecured creditors      $      11,507.05

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

    Remaining Balance                                                        $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE