**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 15-19916 |
| ) | CHAPTER 7 |
| MARK THOMPSON, ) | |
| Debtor(s). ) | JUDGE PAMELA HOLLIS |
| ) | (Joliet) |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

To:    See Attached Service List

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 31st day of October, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

   */s/ Peter N. Metrou*
   **Bankruptcy Trustee**


Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
PO Box 9001948
Louisville, KY 40290-1948

Amazon.com
PO Box 965013
Orlando, FL 32896-5013

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express
PO Box 0001
Los Angeles, CA 90096-8000

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Best Buy Credit Services
PO Box 688910
Des Moines, IA 50368-8910

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase Auto Finance
P.O. Box 9001801
Louisville, KY 40290-1801

Citi Cards
Processing Center
Des Moines, IA 50363-0005

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Disney's Visa Credit Card Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274-0789

Fifth Third Bank
PO Box 9013
Addison, TX 75001-9013

Hinsdale Bank
25 E. First Street
Hinsdale, IL 60521-4119

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Jennifer Thompson
2312 Flat Rock Ct.
Naperville, IL 60564-4341

JPMorgan Chase Bank, N.A.
201 N. Central Ave,
AZ1-1191
Phoenix, AZ 85004-8001

JPMorgan Chase Bank, N.A.
POB 29505 AZ1-1191
Phoenix, AZ 85038-9505

Mark Thompson
23747 Springs Ct.
Plainfield, IL 60585-2272

National Funding
9820 Town Centre Drive
San Diego, CA 92121-1944

Ocwen Loan Servicing, LLC
PO Box 24738
West Palm Beach, FL 33416-4738

WalMart
PO Box 530927
Atlanta, GA 30353-0927

Thompson Turf Care Inc.
P.O. Box 9406
Naperville, IL 60567-0406

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Sheffield Financial
BB&T servicing
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

SERVICE LIST

| | | |
|---|---|---|
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>Citibank, N.A.<br>PO Box 280<br>Kirkland, WA 98083-0280 | Sams Club/Synchrony Bank<br>PO Box 530942<br>Atlanta, GA 30353-0942 |
| Sears Credit Cards<br>PO Box 688957<br>Des Moines, IA 50368-8957 | Sheffield Financial, LLC<br>P.O. Box580229<br>Charlotte, NC 28258-0229 | |

**Via ECF**

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Patrick A Meszaros<br>Law Offices Of Patrick A Meszaros<br>1100 W. Jefferson Street<br>Joliet, IL 60435-6814 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARK THOMPSON | § | Case No. 15-19916 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

     219 S. Dearborn Street
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/08/2017 in Courtroom ,

     Joliet City Hall
     150 West Jefferson Street, 2nd Floor
     Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/31/2017            By: /s/ Peter N. Metrou
                                                                              Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
MARK THOMPSON § Case No. 15-19916
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 17,100.00 |
| and approved disbursements of | $ | 3,413.88 |
| leaving a balance on hand of[1] | $ | 13,686.12 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,140.00 | $ 0.00 | $ 2,140.00 |
| Trustee Expenses: Peter N. Metrou | $ 39.07 | $ 0.00 | $ 39.07 |
| Other: ARTHUR B. LEVINE COMPANY | $ 1.16 | $ 1.16 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,179.07 |
| Remaining Balance | $ | 11,507.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,146.86  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIFTH THIRD BANK | $ 4,470.90 | $ 0.00 | $ 1,314.20 |
| 3 | AMERICAN EXPRESS BANK, FSB | $ 396.54 | $ 0.00 | $ 116.56 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 8,574.44 | $ 0.00 | $ 2,520.42 |
| 5 | CAPITAL RECOVERY V, LLC | $ 3,151.12 | $ 0.00 | $ 926.26 |
| 6 | CAPITAL RECOVERY V, LLC | $ 149.04 | $ 0.00 | $ 43.81 |
| 7 | CAPITAL RECOVERY V, LLC | $ 1,290.37 | $ 0.00 | $ 379.30 |
| 8 | CAPITAL RECOVERY V, LLC | $ 1,483.56 | $ 0.00 | $ 436.09 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,209.90 | $ 0.00 | $ 1,237.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 10,769.21 | $ 0.00 | $ 3,165.56 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 4,651.78 | $ 0.00 | $ 1,367.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,507.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

Peter N. Metrou, Trustee
123 W. Washington St.
Suite 216
Oswego, IL 60543

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.