# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MARK THOMPSON | § | Case No. 15-19916 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 90,101.00                        Assets Exempt: 7,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  11,507.05       Claims Discharged
                                                    Without Payment:  390,091.97

Total Expenses of Administration:  2,392.95

---

3) Total gross receipts of $ 17,100.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,200.00  (see **Exhibit 2**), yielded net receipts of $ 13,900.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 350,592.85 | $ 1,351.55 | $ 1,351.55 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,392.95 | 2,392.95 | 2,392.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,062.01 | 39,146.86 | 39,146.86 | 11,507.05 |
| **TOTAL DISBURSEMENTS** | $ 406,654.86 | $ 42,891.36 | $ 42,891.36 | $ 13,900.00 |

4) This case was originally filed under chapter 7 on 06/08/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018                    By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIVORCE SETTLEMENT REQUIRES FORMER SPOUSE TO REFIN | 1129-000 | 15,000.00 |
| 2005 Travel Lite Trailer | 1229-000 | 2,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,100.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark Thompson | Exemptions | 8100-002 | 3,200.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,200.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 9001948 Louisville, KY 40290-1948 | | 27,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P.O. Box 9001801 Louisville, KY 40290-1801 | | 11,000.00 | NA | NA | 0.00 |
| | Hinsdale Bank 25 E. First Street Hinsdale, IL 60521 | | 20,000.00 | NA | NA | 0.00 |
| | National Funding 9820 Town Centre Drive San Diego, CA 92121 | | 13,000.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing, LLC PO Box 24738 West Palm Beach, FL 33416-4736 | | 275,000.00 | NA | NA | 0.00 |
| 2 | SHEFFIELD FINANCIAL | 4110-000 | 4,592.85 | 1,351.55 | 1,351.55 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 350,592.85 | $ 1,351.55 | $ 1,351.55 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,140.00 | 2,140.00 | 2,140.00 |
| Peter N. Metrou | 2200-000 | NA | 39.07 | 39.07 | 39.07 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 1.16 | 1.16 | 1.16 |
| LTD. International Sureties | 2300-000 | NA | 1.13 | 1.13 | 1.13 |
| Associated Bank | 2600-000 | NA | 211.59 | 211.59 | 211.59 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,392.95 | $ 2,392.95 | $ 2,392.95 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60606 | | 2,000.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 7,000.00 | NA | NA | 0.00 |
| | Jennifer Thompson;2312 Flat Rock Ct.;Naperville, IL 60564 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 9,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 1,439.99 | NA | NA | 0.00 |
| | Disney's Visa Credit Card Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,153.43 | NA | NA | 0.00 |
| | PayPal Credit PO Box 105658 Atlanta, GA 30348-5658 | | 1,858.74 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 319.44 | 396.54 | 396.54 | 116.56 |
| 5 | CAPITAL RECOVERY V, LLC | 7100-000 | 3,060.04 | 3,151.12 | 3,151.12 | 926.26 |
| 6 | CAPITAL RECOVERY V, LLC | 7100-000 | 248.15 | 149.04 | 149.04 | 43.81 |
| 7 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,243.28 | 1,290.37 | 1,290.37 | 379.30 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,776.56 | 1,483.56 | 1,483.56 | 436.09 |
| 1 | FIFTH THIRD BANK | 7100-000 | 4,577.65 | 4,470.90 | 4,470.90 | 1,314.20 |
| 10 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 10,536.61 | 10,769.21 | 10,769.21 | 3,165.56 |
| 11 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 4,851.15 | 4,651.78 | 4,651.78 | 1,367.37 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 8,854.95 | 8,574.44 | 8,574.44 | 2,520.42 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 4,142.02 | 4,209.90 | 4,209.90 | 1,237.48 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 47,062.01 | $ 39,146.86 | $ 39,146.86 | $ 11,507.05 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-19916 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MARK THOMPSON | | | | Date Filed (f) or Converted (c): | 06/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/06/2015 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 12/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2312 FLAT ROCK CT., NAPERVILLE, IL 60564 - DEBTO | 0.00 | 0.00 | | 0.00 | FA |
| 2. ALLY BANK CHECKING ACCOUNT PERSONAL ACCOUNT | 800.00 | 0.00 | | 0.00 | FA |
| 3. FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5. TERM LIFE INSURANCE POLICY | 1.00 | 0.00 | | 0.00 | FA |
| 6. THOMPSON TURF CARE, INC. ILLINOIS S-CORP. DEBTORO | 60,100.00 | 0.00 | | 0.00 | FA |
| 7. DIVORCE SETTLEMENT REQUIRES FORMER SPOUSE TO REFIN | 25,000.00 | 25,000.00 | | 15,000.00 | FA |
| 8. 2010 FORD F150 BASIC WORK TRUCK | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. 2012 TOYOTA TUNDRA PICK UP TRUCK | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Travel Lite Trailer (u) | 5,300.00 | 2,100.00 | | 2,100.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $121,701.00 | $27,100.00 | | $17,100.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating value in vehicles, business and marital settlement agreement 8/24/2015.  Liquidation of interest vehicle 2-11-2016.  Negotiations with ex-spouse for liquidation of $25,000 marital settlement-spouse to investigate refinance. Trustee has come to a settlement agreement with Debtor's ex-spouse.  Filed Mt to Settle on 5/25/2016 see Dkt# 33.  TFR filed 10/30/17 see Dkt#36.

RE PROP #      10    --    Undisclosed trailer debtor believed to be owned by company.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-19916 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: MARK THOMPSON | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5553 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3370 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 10 | THOMPSON, MARK<br>23747 Springs Ct., Unit 110Plainfield, IL 60585 | 2005 Travel Lite Trailer Payment | 1229-000 | $1,500.00 | | $1,500.00 |
| 02/11/16 | 10 | THOMPSON, MARK<br>23747 Springs Ct, Unit 11DPlainfield, IL 60585 | 2005 Travel Lite Trailer Payment | 1229-000 | $2,100.00 | | $3,600.00 |
| 02/11/16 | 10 | Reverses Deposit # 1 | NSF Check<br>Check not honored | 1229-000 | ($1,500.00) | | $2,100.00 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $2,090.00 |
| 03/17/16 | 5001 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $1.16 | $2,088.84 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,078.84 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,068.84 |
| 05/21/16 | | Associated Bank | Bank Service Charge Refund Bank reversed service fee charged on 3-14-2016 and credited on 3-31-2016 | 2600-000 | | ($12.00) | $2,080.84 |
| 05/21/16 | | Associated Bank | Bank Service Charge | 2600-000 | | $12.00 | $2,068.84 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,058.84 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,048.84 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,038.84 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,028.84 |
| | | | Page Subtotals: | | $2,100.00 | $71.16 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19916 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MARK THOMPSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5553 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3370 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,018.84 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,008.84 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,998.84 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,988.84 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,978.84 |
| 02/07/17 | 5002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $1.13 | $1,977.71 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,967.71 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,957.71 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,947.71 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,937.71 |
| 07/05/17 | 7 | Jennifer Thompson Not on check | Payment on settlement See dckt # 34 | 1129-000 | $15,000.00 | | $16,937.71 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $16,927.71 |
| 07/12/17 | 5003 | Mark Thompson | Debtor's Exemptions | 8100-002 | | $3,200.00 | $13,727.71 |
| | | | Page Subtotals: | | $15,000.00 | $3,301.13 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-19916 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MARK THOMPSON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5553 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3370 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 01/03/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.21 | $13,706.50 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.38 | $13,686.12 |
| 12/11/17 | 5004 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $2,179.07 | $11,507.05 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($2,140.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($39.07) | 2200-000 | | | |
| 12/11/17 | 5005 | FIFTH THIRD BANK<br>P.O. Box 9013<br>Addison, TX  75001 | Final distribution to claim 1 representing a payment of 29.39 % per court order. | 7100-000 | | $1,314.20 | $10,192.85 |
| 12/11/17 | 5006 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 3 representing a payment of 29.39 % per court order. | 7100-000 | | $116.56 | $10,076.29 |
| 12/11/17 | 5007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 4 representing a payment of 29.39 % per court order. | 7100-000 | | $2,520.42 | $7,555.87 |
| 12/11/17 | 5008 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 5 representing a payment of 29.39 % per court order. | 7100-000 | | $926.26 | $6,629.61 |
| 12/11/17 | 5009 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 6 representing a payment of 29.39 % per court order. | 7100-000 | | $43.81 | $6,585.80 |

Page Subtotals:                                                                                                                          $0.00         $7,141.91

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-19916
Case Name: MARK THOMPSON
Taxpayer ID No: XX-XXX3370
For Period Ending: 01/03/2018

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5553
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/17 | 5010 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Final distribution to claim 7 representing a payment of 29.39 % per court order. | 7100-000 | | $379.30 | $6,206.50 |
| 12/11/17 | 5011 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Final distribution to claim 8 representing a payment of 29.39 % per court order. | 7100-000 | | $436.09 | $5,770.41 |
| 12/11/17 | 5012 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CITIBANK, N.A.<br>PO BOX 280<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 9 representing a payment of 29.39 % per court order. | 7100-000 | | $1,237.48 | $4,532.93 |
| 12/11/17 | 5013 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 10 representing a payment of 29.39 % per court order. | 7100-000 | | $3,165.56 | $1,367.37 |
| 12/11/17 | 5014 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 11 representing a payment of 29.39 % per court order. | 7100-000 | | $1,367.37 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $17,100.00 | $17,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,100.00 | $17,100.00 |
| Less: Payments to Debtors | $0.00 | $3,200.00 |
| Net | $17,100.00 | $13,900.00 |

Page Subtotals: $0.00  $6,585.80

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5553 - Checking Account (Non-Interest Earn | $17,100.00 | $13,900.00 | $0.00 |
| | $17,100.00 | $13,900.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,100.00 |
| Total Gross Receipts: | $17,100.00 |

Page Subtotals: $0.00 $0.00